1

2

3

4

5 **UNITED STATES DISTRICT COURT**

6 **DISTRICT OF NEVADA**

7

8 CALVIN ROBINSON,                              CASE NO.: 3:13-CV-00567-RCJ-WGC

9                    Plaintiff,

                                               **ORDER**
10        v.

11 CAROLYN W. COLVIN, Acting Commissioner
   of Social Security,
12
                   Defendants.
13

14        Before the Court is the Report and Recommendation of U.S. Magistrate Judge (#16[1]) entered on

15 August 13, 2014, recommending that the Court deny Plaintiff's Motion for Remand and/or Reversal

16 (ECF #11) and grant Defendant's Cross-Motion to Affirm (ECF #13).  Plaintiff filed his objections to

17 the Report and Recommendation (ECF #17) on August 25, 2014.

18        The Court has conducted it's *de novo* review in this case, has fully considered the objections of

19 the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant

20  to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2.  The Court determines that the Magistrate Judge's

21 Report and Recommendation (#16) entered on August 13, 2014, should be adopted and accepted.

22        IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation (#16) is

23 ADOPTED AND ACCEPTED.

24        IT IS HEREBY ORDERED that Plaintiff's Motion for Remand and/or Reversal (ECF #11) is

25 DENIED.

26 ///

27 ///

28 ///

---

[1]Refers to court's docket number.

1    IT IS FURTHER ORDERED that Defendant's Cross-Motion to Affirm (ECF #13) is

2  GRANTED, and the decision of the ALJ is AFFIRMED.

3    IT IS SO ORDERED.

4    DATED: this 28TH day of August, 2014.

5

6    _____
    ROBERT C. JONES

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28